### IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**MYRA PAUL COCHRAN,**

    **Plaintiff,**

**vs.**                                                                                     **CASE NO.: CV 2016-**

**THE SOUTHERN COMPANY, d/b/a
ALABAMA POWER,**

    **Defendant.**

### <u>COMPLAINT</u>

COMES NOW the Plaintiff, and alleges as follows:

1. Plaintiff is a resident of Mobile County, Alabama.

2. Defendant is a for-profit entity doing business in the State of Alabama, Mobile County.

3. This action is brought pursuant to the *Equal Pay Act of 1963, 29 U.S.C.* Section *201 et seq*., and the *Fair Labor Standards Act of 1938*, amended  (29 U.S.C. Section 201, *et seq.)* (hereinafter "FLSA"). Accordingly, this Court has federal question jurisdiction over this action.

4. Venue is proper in this District Court pursuant to 28 U.S.C. Section 1391 (b) and (c).

5. Plaintiff has been employed by Defendant for over fifteen- years. Her most recent assignment is Senior Engineering Technician. In this position, the Plaintiff has

been repeatedly denied lucrative overtime and out-of-state storm work assignments by the Defendant.

6. In addition, during this same time period, Plaintiff has repeatedly performed the same work as her male counterparts as a Senior Engineering Technician, but for significantly less pay.

**Count One-FLSA Violations**

7. Plaintiff incorporates by reference the allegations stated in the foregoing paragraphs.

8. While employed by Defendant, the Plaintiff frequently works in excess of forty-hours per week for which she was not fully compensated.

9. In addition, during the past three years, the Plaintiff has been repeatedly denied overtime pay assignments by her employer.

10. As a proximate result, the Plaintiff has not been properly compensated for straight time or overtime in conformity with FLSA.

11. The Defendant also failed to maintain accurate time records for the Plaintiff, as required by the FLSA.

**WHEREFORE,** Plaintiff demands a judgment against Defendant for an amount which will compensate Plaintiff, including her lost wages, overtime pay, straight-time pay, plus any applicable liquidated damages, plus an award of reasonable statutory attorney fees, and costs of this action.

**Count Two-Equal Pay Act Violations**

12. Plaintiff incorporates by reference the allegations stated in the foregoing

paragraphs.

13. While employed by Defendant, the Plaintiff frequently performed the same work

performed by her male counterparts, but for substantially less pay, in violation of

the *Equal Pay Act of 1963.*

14. As a proximate result, the Plaintiff has not been properly compensated for the

straight time or overtime she has worked.


**WHEREFORE,** Plaintiff demands a judgment against Defendant

for an amount which will compensate Plaintiff, including her lost wages, overtime pay,

straight-time pay, plus any applicable liquidated damages, plus an award of reasonable

statutory attorney fees, and costs of this action.


**BY:  _/s/ Steven Terry_____**
**STEVEN L. TERRY**
**(TERRS011)**
**Attorney for Plaintiff**
**2364 Columbus Ave.**
**Mobile. AL**
**(251) 432-4800**


**Plaintiff demands a trial by jury on all causes of action.**


**BY:  _/s/ Steven Terry_**
**STEVEN L. TERRY**