# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MYRA PAUL COCHRAN, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 16-00193-CG-B |
| ALABAMA POWER COMPANY, | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum and Order issued this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant Alabama Power Company against Plaintiff Myra Paul Cochran as to all counts of Plaintiff's Complaint. It is, therefore, **ORDERED** that the First Amended Complaint (Doc. 16) is dismissed with prejudice.

**DONE** and **ORDERED** this 19th day of May, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE